1541

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 22-111 |
| | ) | |
| v. | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | |
| JASHAWN ANTHONY MACKALL | ) | |

**INDICTMENT**

**COUNT ONE**

FILED
APR 19 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about August 8, 2021, in the Western District of Pennsylvania, the defendant, JASHAWN ANTHONY MACKALL, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely, Aggravated Assault, in violation of 18 P.S. § 2702 (a)(1), and Firearms Not to be Carried without a License, in violation of 18 P.S. § 6106, both on or about April 26, 2016, at Docket Number CP-65-CR-0002391-2015, in the Court of Common Pleas, County of Westmoreland, Criminal Division, Commonwealth of Pennsylvania; and Firearms Not to be Carried without a License, in violation of 18 P.S. § 6106, on or about January 31, 2013, at Docket Number CP-65-CR-0001137-2012, in the Court of Common Pleas, County of Westmoreland, Criminal Division, Commonwealth of Pennsylvania, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, to wit: a Glock 22 .40 caliber semiautomatic firearm, bearing serial number AAHE448; and Federal and Blazer .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATIONS**

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to: a Glock 22 .40 caliber semiautomatic firearm, bearing serial number AAHE448; and Federal and Blazer .40 caliber ammunition (all seized by law enforcement on or about August 8, 2021).

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

*[signature]*
ROBERT C. SCHUPANSKY
Assistant United States Attorney
PA ID No. 82158